**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

RONALD C. ROBINSON, ET AL.     )
                               )
v.                             )        NO. 3:10-0395
                               )        JUDGE ECHOLS
JASON PETTY                     )


### O R D E R


I hereby recuse myself in this action. The file shall be returned to the Clerk for reassignment to another judge.

IT IS SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE