IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| RONALD C. ROBINSON and JANET ROBINSON, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil No. 3:10-0395 Judge Trauger |
| JASON PETTY, | ) ) | |
| Defendant. | ) ) | |

**O R D E R**

It is hereby **ORDERED** that the Clerk shall issue a Notice of Initial Case Management Conference before Judge Trauger for this case. The reference to the Magistrate Judge is **WITHDRAWN**.

It is so **ORDERED**.

ENTER this 29th day of April 2010.

_____
ALETA A. TRAUGER
U.S. District Judge