Motion GRANTED.
*[signature]*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| RONALD C. ROBINSON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 3:10-0395 |
| ) | JUDGE TRAUGER |
| JASON PETTY, ) | MAGISTRATE JUDGE BROWN |
| ) | |
| Defendant. ) | |

### JOINT MOTION FOR ENTRY OF CONSENT INJUNCTION AND FINAL ORDER

**COME NOW** the parties to this cause, by and through their undersigned counsel, and hereby move the court for the entry of the Consent Injunction and Final Order attached hereto as Exhibit 1.

Dated this 7th day of June 2010.

Respectfully Submitted,

| | |
|---|---|
| /s/ Joel T. Galanter | /s/ Timothy L. Warnock |
| Joel T. Galanter (BPR No. 017990) | Timothy L. Warnock (BPR No. 12844) |
| Adams and Reese LLP | Riley Warnock & Jacobson, PLC |
| 424 Church Street, Suite 2800 | 1906 West End Avenue |
| Nashville, TN 37219-2386 | Nashville, TN 37203 |
| 615-259-1450 - telephone | 615-320-3700 – telephone |
| 615-259-1470 - facsimile | 615-320-3737 – facsimile |
| joel.galanter@arlaw.com | twarnock@rwjplc.com |
| | |
| Attorneys for Plaintiff | Attorneys for Defendant |