UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| Ronald Robinson and<br>Janet Robinson,<br><br>    Plaintiffs,<br><br>vs.<br><br>Jason Petty,<br><br>    Defendant. | Case No. 3:10-0395<br>Judge Trauger<br>Magistrate Judge Brown<br><br>Jury Demand |

## CONSENT INJUNCTION AND FINAL ORDER

It appearing to the Court from the respective signatures of counsel for Plaintiffs Ronald Robinson and Janet Robinson (hereinafter "Robinsons") and counsel for Defendant Jason Petty (hereinafter "Petty") that all matters and things in controversy between the parties in interest have been compromised and settled, and that a consent injunction and final order should be entered in this cause and that the matter is properly before this Court.

The Court, being satisfied that Plaintiffs and Defendant are in agreement, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that

    1.    This Consent Injunction and Final Order constitutes a final judgment of the Court, resolving all issues remaining in the case with respect to Plaintiffs and Defendant.

    2.    The Court retains jurisdiction to enforce the terms of this Consent Injunction and Final Order.

    3.    While Petty has expressly denied and disclaimed wrongdoing or liability of any

kind, Defendant Petty will not infringe on Plaintiffs' copyrighted materials, including but not limited to the musical compositions, composed by the late Marty Robbins, the copyrights, the trademarks, rights of personality, and life story rights of the late Marty Robbins, which are owned by Plaintiffs, in the future.

4. Defendant Petty or any person/entity acting on his behalf, will no longer use, copy, reproduce, or distribute and will destroy the original and any and all copies of the DVD of Defendant Petty's Show "Marty's El Paso," referenced in Paragraph 11 of the Complaint that Defendant Petty produced or caused to be produced. Further, Defendant Petty will submit a sworn written certification to the Robinsons within thirty (30) days of the Court's entry of this Consent Injunction and Final Order certifying that Defendant Petty has destroyed the original and any and all copies of the DVD of the show "Marty's El Paso," including all video footage of the Show "Marty's El Paso."

5. This Consent Injunction and Final Order resolves all issues pending before the Court in this matter and it is determined that there is no just reason for delay in the entry of final judgment and that final judgment is hereby entered as to all claims against Defendant Petty.

6. Each party shall bear its own costs and attorneys' fees.

_____
United States District Judge Aleta Trauger